ney General of Texas, and *Wm. J. Fanning*, Assistant Attorney General, for petitioner.

No. 113.   LEWELLYN *v.* FLEMING ET AL., TRUSTEES, ET AL.   October 14, 1946.   Petition for writ of certiorari to the Circuit Court of Appeals for the Tenth Circuit denied. *Mark Goode* for petitioner.

No. 116.   WALTON-VIKING Co. *v.* WALTER KIDDE & Co., INC.   October 14, 1946.   Petition for writ of certiorari to the Circuit Court of Appeals for the Eighth Circuit denied.   *Paul R. Stinson* for petitioner.   *Ludwick Graves* and *Irvin Fane* for respondent.

No. 117.   WITTER ET AL. *v.* NIKOLAS ET AL.   October 14, 1946.   Petition for writ of certiorari to the Circuit Court of Appeals for the Seventh Circuit denied.   *Meyer Abrams* for petitioners.   *Walter E. Wiles* for respondents.

No. 118.   O'NEAL, ADMINISTRATOR, *v.* UNION PRODUCING Co.   October 14, 1946.   Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied.   *Gilbert P. Bullis* for petitioner.   *Allan Sholars* and *Geo. Gunby* for respondent.

No. 120.   BLANCHARD *v.* OOMS, COMMISSIONER OF PATENTS.   October 14, 1946.   Petition for writ of certiorari